IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr221-MHT |
| | ) | (WO) |
| HANNAH SHEA FENDER | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on September 19, 2017, this court entered a preliminary order of forfeiture (doc. no. 53) forfeiting defendant Hannah Shea Fender's interest in the following property to the United States: a Sig Sauer, model P250, 9mm pistol, bearing serial number EAK040647 and a Rock Island Armory, model M1911-AICS, .45 caliber pistol, bearing serial number RIA1537631;

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant, and the government gave defendant notice in the indictment that

it would seek the forfeiture of all property involved in the commission of the offenses in violation of 21 U.S.C. § 841(a)(1) and 846, and 18 U.S.C. § 924(c)(1)(A)(i); and,

WHEREAS, the court finds that defendant Fender has an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853, and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 21 U.S.C. § 841(a)(1);

It is hereby ORDERED that the United States' motion for a final order of forfeiture (doc. no. 120) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853: a Sig Sauer, model P250, 9mm pistol, bearing serial number EAK040647 and a Rock Island Armory, model M1911-AICS, .45 caliber pistol, bearing serial number RIA1537631.

2. All right, title and interest to the property described above is hereby condemned, forfeited and

vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 26th day of March, 2018.

/s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**