IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr221-MHT |
| | ) | (WO) |
| HANNAH SHEA FENDER | ) | |

**ORDER**

Upon consideration of defendant Hannah Shea Fender's petition for early termination of probation (doc. no. 193), the probation officer's strong support for early termination (doc. no. 195), her compliance with all terms of probation, and the government's agreement that early termination is appropriate (doc. no 196), it is ORDERED that defendant Hannah Shea Fender's petition for early termination of probation (doc. no. 193) is granted; her term of probation is terminated effective immediately; and defendant Fender is discharged.

DONE, this the 20th day of November, 2019.

                                         /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE